IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 12-18635 |
| | ) | |
| **ALLAN R. SEMENEC** | ) | CHAPTER 7 CASE |
| | ) | |
| Debtor(s) | ) | JUDGE MORGENSTERN-CLARREN |
| | ) | |

## MOTION TO TURN OVER PERSONAL PROPERTY OR THE VALUE THEREOF

Now comes Steven S. Davis, Chapter 7 Trustee, and, hereby moves this Honorable Court for an order upon the debtor(s) to turnover certain non-exempt assets which are property of the within Bankruptcy Estate, as set forth herein:

1. Movant is the duly qualified appointed and acting Trustee herein.

2. As of the date of filing, the debtor(s) owned a 2008 Nissan Altima.

3. Based upon the debtor's schedules, the value of said vehicle is $8,172.00.

4. The aforesaid vehicle, and title thereto, is property of this estate pursuant to 11 U.S.C.§541 and subject to turnover pursuant to 11 U.S.C. §542.

**WHEREFORE**, Movant prays for an order upon the debtor(s) to turnover the aforesaid vehicle, and the title thereto, or $8,172.00, representing the value thereof, and for such other and further relief to which he may be entitled in law or equity.

**Respectfully Submitted,**

**/s/ Steven S. Davis**
**STEVEN S. DAVIS, Trustee**
OSB# 0005789
Steven S. Davis Co., L.P.A.
1370 Ontario Street, #450
Cleveland, Ohio 44113
(216) 781-727   Fax No. (216) 781-3312
Email: sdavis@daviscolpa.com

## CERTIFICATE OF SERVICE

      I certify that on this   11th  day of April, 2013, a true and correct copy of the Motion to Turn Over was served, via ECF, upon:

Denise Marie Bartlett, attorney for debtor, at dbartlett@ohiolegalclinic.com
Edward J. Boll, attorney for Fifth Third Mortgage Company, at nohbk@lsrlaw.com
United States at Trustee (Registered address)@usdoj.gov

and, by regular U.S. mail, postage pre-paid, to the following:

Allan R. Semenec
17919 Ash Drive
Strongsville OH 44149

      /s/ Steven S. Davis
      **STEVEN S. DAVIS**